**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RYZE, INC.,

        Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

        Defendant.

Case No. 24-cv-11455

**Judge Elaine E. Bucklo**

**Magistrate Judge Jeannice W. Appenteng**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| Def No. | Defendant |
|---|---|
| 216 | aunente-0 |
| 277 | hassangemue |
| 459 | GUNQIUBA |
| 462 | chunzhiqiudianzishangwu |
| 463 | HONG KONG ALIDE CO.,LIMITED |
| 500 | Luo Feiyu E-commerce Co. Ltd. |
| 508 | Fuzhou Youmile -angel |
| 517 | guangzhoujunkangshangmaoyouxiangongsi |

The respective Defendants have not filed an answer to the Complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Date: January 10, 2025

Respectfully submitted,

/s/Brandon Beymer
BRANDON BEYMER (ARDC NO. 6332454)
DALIAH SAPER (ARDC NO. 6283932)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 350

CHICAGO, ILLINOIS 60654
(312) 527-4100
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2025, I electronically filed the foregoing with the Court using the CM/ECF system and I will serve Defendants with this Notice of Voluntary Dismissal through email and electronic publication.

*/s/ Brandon Beymer*
Brandon Beymer